| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| MICHAEL M. VASSEGHI (SBN 210737)<br>ROLL LAW GROUP PC<br>11444 West Olympic Boulevard<br>7th Floor<br>Los Angeles, California 90064-1557<br>(310) 966-8400<br>ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE WONDERFUL COMPANY LLC and WONDERFUL PISTACHIOS & ALMONDS LLC<br><br>Plaintiff(s),<br>v.<br><br>COREY ANGELO d/b/a Wanderfuel Inc., and DOES 1 through 10, inclusive,<br>Defendant(s) | CASE NUMBER:<br><br>2:19-cv-07007<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs The Wonderful Company LLC and Wonderful Pistachios & Almonds LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WPA Holdings LLC | Wholly owns Wonderful Pistachios & Almonds and is wholly owned by The Wonderful Company LLC |
| Stewart & Lynda Resnick Revocable Trust (1988 Trust) | Majority owner of The Wonderful Company LLC |

August 9, 2019
Date

Signature: /s/ M. Vasseghi

Attorney of record for (or name of party appearing in pro per):

MICHAEL M. VASSEGHI