MICHAEL M. VASSEGHI (SBN 210737)
michael.vasseghi@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:  (310) 966-8400
Facsimile:  (310) 966-8810

Attorneys for Plaintiff
THE WONDERFUL COMPANY LLC
and WONDERFUL PISTACHIOS &
ALMONDS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE WONDERFUL COMPANY LLC and WONDERFUL PISTACHIOS & ALMONDS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>COREY ANGELO d/b/a Wanderfuel Inc., and DOES 1 through 10, inclusive, Defendant. | Case No. 2:19-cv-07007-JFW (AFMx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>[Assigned to the Honorable John F. Walter] |

I, Michael M. Vasseghi, declare as follows:

1.I am Senior Managing Counsel at Roll Law Group PC, counsel for Plaintiffs THE WONDERFUL COMPANY LLC and WONDERFUL PISTACHIOS & ALMONDS LLC.

2.I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

3.In accordance with the Court's Standing Order (Document No. 9), I hereby notify the Court that I am registered as an "ECF User" in the Central District of California, and I consent to service and receipt of filed documents by electronic means.

4.My email address of record is michael.vasseghi@roll.com.

{2985899.1}1

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct and that this declaration was executed
3 | in Los Angeles, California on August 14, 2019.

        /s/ Michael M. Vasseghi
Michael M. Vasseghi